
1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for MERS as nominee for Chase
6  Home Finance LLC
   [FILE 08-006614 CHE]
7

8               UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF ARIZONA

9
   In re:                              Case # 0:08-bk-13604-JMM
10
   RYAN AND RONDA WOOD,                Chapter 7 Proceedings
11
              Debtor.
12 ────────────────────────────
   MERS as nominee for Chase Home         ORDER LIFTING
   Finance LLC, its assignees and       THE AUTOMATIC STAY
13 / or successors in interest,
              Movant,                 Re: Real Property located at
14                                       1501 South Gateway Drive
   v.                                       Yuma, AZ 85364
15
   RYAN AND RONDA WOOD, Debtor,
16 and Chapter 7 Trustee Jim D.
   Smith,
              Respondents.
17

       The court finds that a Motion for Relief From the Automatic
18
   Stay and a Notice of Filing of the Motion have been filed with
19
   the Court and served upon interested parties in the above
20
   captioned matter by MERS as nominee for Chase Home Finance LLC,
21
   ("CHASE"), and that good cause exists to grant the Motion for
22
   Relief;
23

24

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 1501 South Gateway Drive, Yuma, AZ 85364 and legally described as:

> LOT 6, HETTEMA PLACE NO. 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YUMA COUNTY, ARIZONA IN BOOK 4 OF PLATS, PAGE 125 AND ACCORDING TO AFFIDAVIT OF CORRECTION RECORDED IN BOOK 5 OF PLATS, PAGE 8.

2. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
James M. Marlar
U. S. Bankruptcy Court Judge